THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TIFFANI N. NEUBEL-JOHNSON | § <br> § |
| v. | §    Civil Action No. 4:22-cv-1029-SDJ-KPJ <br> § |
| COLLIN COLLEGE | § <br> § <br> § <br> § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 27, 2023, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #17), that Defendant Collin College's ("Defendant") Motion to Dismiss and Brief in Support (the "Motion to Dismiss"), (Dkt. #15), be granted in part.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed,[1] the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** the Motion to Dismiss, (Dkt. #15), is **GRANTED IN PART** as to Plaintiff's discrimination and failure to accommodate claims. Plaintiff

---

[1] After the Magistrate Judge entered the Report, (Dkt. #17), Plaintiff Tiffani N. Neubel-Johnson ("Plaintiff") requested additional time to prepare an amended complaint in an effort to cure deficiencies identified by the Report. (Dkt. #20).

1

shall file an amended complaint no later than fourteen (14) days after receipt of this Memorandum Adopting Report and Recommendation.

**So ORDERED and SIGNED this 8th day of March, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE