IN THE UNITED STATES DISTRIC COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

TIFFANI NEUBEL-JOHNSON §
§
    Plaintiff, §
§
VS. § Case No. 4:22-cv-01029-SDJ-BD
§
COLLIN COLLEGE §
§
    Defendant. §

## MEDIATOR'S REPORT

On July 9, 2025, a mediation conference was held in the above captioned case. All parties and counsel were present. **A full and final settlement was reached at the mediation.**

Note from the Mediator (if any):

Signed:   July 10, 2025

/s/ *Jeff Kaplan*
Hon. Jeff Kaplan (Ret.)
Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2025, I electronically submitted the foregoing

document with the clerk of the court for the U.S. District Court, Eastern District of Texas.

*/s/ Katie Blume*

_____

Case Manager