THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **TIFFANI N. NEUBEL-JOHNSON,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 4:22-cv-1029-SDJ-BD |
| **COLLIN COLLEGE,** | § § § | |
| **Defendant.** | § § § | |

## JOINT NOTICE OF STATUS OF PARTIES' COMPLIANCE WITH COURT'S ORDER

Plaintiff Tiffani N. Neubel-Johnson ("Plaintiff") and Defendant Collin College ("Defendant") (collectively, the "Parties") file a Joint Notice of the Status of the Parties' Compliance with the Court's Order of July 14, 2025 (Dkt. 54).

The parties successfully mediated this matter on July 9, 2025, and have been working cooperatively since that date to exchange and finalize all settlement-related documents. Collin College expects that Ms. Neubel-Johnson will receive the settlement checks within 7-10 days of today's date, at which time the parties will file a Joint Motion for Stipulation of Dismissal of this lawsuit.

Respectfully submitted,

*/s/ Reginal C. Johnson (with consent)*
Reginal C. Johnson
State Bar No. 24117955
Reginalcjohnson@gmail.com
2615 Summerview Ln
Lancaster, TX 75146
Phone: 214-677-5281

**ATTORNEY FOR PLAINTIFF**

**AND**

        */s/ Kimberly S. Moore*
        **KIMBERLY S. MOORE**
        State Bar No. 00784629
        ksmoore@clarkhill.com
        **MEAGHAN L. KUELBS**
        State Bar No. 24105277
        mkuelbs@clarkhill.com
        **CLARK HILL PLC**
        2600 Dallas Parkway
        Suite 600
        Frisco, Texas 75034
        (469) 287-3900
        (469) 287-3999 Fax

        **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 14, 2025, counsel for Defendant conferred with counsel for Plaintiff regarding this notice. Plaintiff agrees to and joins on this notice and the requested relief.

        */s/ Meaghan L. Kuelbs*
        Meaghan L. Kuelbs

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 14th day of August, 2025, the above document was electronically filed via the court's ECF system and all parties of record were electronically served in accordance with the Federal Rules of Civil Procedure.

        */s/ Kimberly S. Moore*
        Kimberly S. Moore